**Carnell HUNNICUTT, Plaintiff— Appellant,**

v.

**William SONDERVAN; Frank Sizer, Jr.; Patrick Conroy; Harold Axelrod; James Peguese; Jon Galley; Captain Reitzel; Calvin Jones; R. Wills; T.L. Riggleman, being sued in their official and individual capacities; State of Maryland, Department of Public Safety and Correctional Services; W.T. Mullen; Nancy Williams; Shavella Watkins; Mary Ann Saar, all being sued in their official and individual capacities; State of Maryland Department of Corrections, Defendants—Appellees.**

No. 05–6171.

United States Court of Appeals, Fourth Circuit.

Submitted March 28, 2005.

Decided April 8, 2005.

Carnell Hunnicutt, Appellant pro se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carnell Hunnicutt appeals a district court order granting the Defendants summary judgment and dismissing his complaint under 42 U.S.C. § 1983 (2000) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc–1(a) (2000). We have reviewed the record and the district court's order and memorandum and affirm for the reasons stated by the district court. *See Hunnicutt v. Maryland Dep't of Corr.*, No. CA–04–2073–1–AMD (D.Md. Jan. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*